UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN MARKOS,

    Plaintiff,

v.                                                                  Case No. 8:22-cv-01258-KKM-AEP

THE BIG & WILD
OUTDOORS, LLC,

    Defendant.
_____

## ORDER

Plaintiff Steven Markos moves to hold Defendant The Big and Wild Outdoors, LLC, in contempt of two of the Court's orders on post-judgment discovery and sanctions. *See* (Doc. 28). This matter is referred to the Magistrate Judge, who shall review the motion and determine whether to "certify the facts" for an entry of contempt. 28 U.S.C. § 636(e)(6)(B). If the Magistrate Judge determines that certification for contempt is appropriate, the certification shall be accompanied by an order requiring Defendant's principal, Braden Brosig, to appear before me upon a date certain to "show cause why [he] should not be adjudged in contempt by reason of the facts so certified." *Id.* Plaintiff's counsel shall be permitted to attend this hearing via videoconference.

**ORDERED** in Tampa, Florida, on September 19, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge