UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN MARKOS,

    Plaintiff,

v.                                                          Case No. 8:22-cv-01258-KKM-AEP

THE BIG & WILD
OUTDOORS, LLC,

    Defendant.
_____

## ORDER

On October 17, the Magistrate Judge issued a Report and Recommendation and Certification of Contempt under 28 U.S.C. § 636(e)(6)(B)(iii). (Doc. 30). The Magistrate Judge recommended that I schedule further contempt proceedings, *id.* at 1, and certified facts demonstrating that Defendant, The Big & Wild Outdoors, LLC, has failed, without explanation, to comply with multiple court orders, *id.* at 7–9. Accordingly, Defendant is directed to appear before me on November 16, 2023, at 1:30 p.m. in Tampa Courtroom 13B, to show cause why I should not find it or its registered agent Braden Brosig in contempt. Plaintiff's counsel may attend this hearing via videoconference.

The Clerk is directed to mail a copy of this Order to The Big and Wild Outdoors LLC, c/o Braden Brosig, and the United States Marshals Service is directed to serve a copy of this Order forthwith upon the same.

**ORDERED** in Tampa, Florida, on October 26, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge